UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

RONNIE L. TELFAIR

Case No. : 13-40141-KKS
Chapter 13

_____Debtor_____/

## ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UN-CLAIMED FUNDS (Doc. 158)

THIS CASE came on for consideration of the Application for Payment of Unclaimed Funds (the "Application," Doc. 158) submitted by Dilks & Knopik, as Applicant. The Application fails to fulfill the requirements of 28 U.S.C. § 2042.[1] It is

ORDERED:

The Application for Payment of Unclaimed Funds (Doc. 158) is DIS-APPROVED without prejudice for the following reason(s):

☒ The Applicant used application forms not authorized by this Court. The correct forms can be found on the Court's website: https://ecf.flnb.uscourts.gov/ucfunds/

---

[1] 28 U.S.C.§2042 states in pertinent part: ". . . Any claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him."

☐ The Applicant is missing page ____ of the official forms.

☐ Proof of service is deficient upon the Office of the United States Attorney at:

- (Gainesville, Tallahassee, and Panama City Divisions) 111 N. Adams St., 4th Floor, Tallahassee, FL 32301
- (Pensacola Division) 21 E. Garden St., Ste. 400, Pensacola, FL 32502

☐ The last four digits of the Applicant's Social Security Number or Tax Identification Number were not provided.

☐ A copy of the individual Applicant's photo identification was not provided, or was illegible.

☐ A copy of the officer of the corporate Applicant's photo identification and proof of employment was not provided, or was illegible.

☐ A notarized signature of the Applicant was not provided.

☐ Applicant's name, address and telephone number were not provided.

☐ No explanation/incorrect explanation of the right of the Applicant to the unclaimed funds was provided. The Applicant did not select a box on pg. 1 of the Application indicating how Applicant is entitled to the funds.

☐ The Applicant did not supply a notarized original Power of Attorney.

☐ The Corporate Applicant failed to provide a notarized corporate power of attorney signed by an officer of the company and a statement of the signing officer's authority.

☒ The Corporate Applicant has not provided current proof of the authorized representative's authority to pursue the unclaimed funds.

☐ The name of the entity claiming the unclaimed funds does not match the name of the original creditor as found on the proof of claim or Notice of Payment of Unclaimed Funds.

☐ The Applicant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

☐ The amount of funds requested does not match the amount held in the court registry.

☐ There are no funds on deposit in the name of the Applicant.

☒ ___Other [The photo ID has not been provided by the Claimant's authorized representative, Peter Singelakis.]

There may be other issues with the Application. The Court reserves jurisdiction to ensure any subsequent applications comply with the requirements to receive unclaimed funds.

DONE and ORDERED on  January 25, 2019                           .

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Copies to:
All parties in interest

Mariner Finance Florida, Inc.
Peter Singelakis, Vice President of Loss Mitigation
8211 Town Center Dr.
Baltimore, MD 21236