United States Bankruptcy Court
Northern District of Florida

In re:                                                              Case No. 13-40141-KKS
Ronnie L Telfair                                                    Chapter 13
Lillie Jackson Telfair
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1129-4         User: lderoche          Page 1 of 1          Date Rcvd: Jan 25, 2019
                             Form ID: pdf002         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2019.
db/jdb       +Ronnie L Telfair,   Lillie Jackson Telfair,   118 Richard Jordan Court,   Quincy, FL 32352-6427
             +Mariner Finance Florida, Inc.,   Peter Singelakis, VP of Loss Mitigation,
               8211 Town Center Dr.,   Baltimore, MD 21236-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
op           +E-mail/Text: cmecf@dilksknopik.com Jan 26 2019 02:18:50      Dilks & Knopik, LLC,
               35308 SE Center St,   Snoqualmie, WA 98065-9216
                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2019 at the address(es) listed below:
          Andrea V. Nelson    on behalf of Joint Debtor Lillie Jackson Telfair anelson@nelsonlaw.cc,
           shargrett@nelsonlaw.cc
          Andrea V. Nelson    on behalf of Debtor Ronnie L Telfair anelson@nelsonlaw.cc,
           shargrett@nelsonlaw.cc
          Conor J. McLaughlin   on behalf of Creditor    Envision Credit Union cmclaughlinesq@gmail.com
          Evan  Singer    on behalf of Creditor    Green Tree Servicing LLC ess@padgettlaw.net,
           pwh@padgettlaw.net;sgreenhill@padgettlaw.net;mhm@padgettlaw.net;mv@padgettlaw.net;sek@padgettlaw.net;PLG@ecf.courtdrive.com
          James E. Sorenson    on behalf of Creditor    Envision Credit Union bk@svllaw.com,   jim@svllaw.com
          Leigh D. Hart    on behalf of Trustee Leigh D. Hart ldhdock@earthlink.net,
           ldhtre@earthlink.net;ldhadmin@earthlink.net
          United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

RONNIE L. TELFAIR

Case No. : 13-40141-KKS
Chapter 13

_____Debtor_____/

## ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UN-CLAIMED FUNDS (Doc. 158)

THIS CASE came on for consideration of the Application for Payment of Unclaimed Funds (the "Application," Doc. 158) submitted by Dilks & Knopik, as Applicant. The Application fails to fulfill the requirements of 28 U.S.C. § 2042.[1] It is

ORDERED:

The Application for Payment of Unclaimed Funds (Doc. 158) is DIS-APPROVED without prejudice for the following reason(s):

☒ The Applicant used application forms not authorized by this Court. The correct forms can be found on the Court's website: https://ecf.flnb.uscourts.gov/ucfunds/

---

[1] 28 U.S.C. §2042 states in pertinent part: ". . . Any claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him."

☐ The Applicant is missing page ____ of the official forms.

☐ Proof of service is deficient upon the Office of the United States Attorney at:

- (Gainesville, Tallahassee, and Panama City Divisions) 111 N. Adams St., 4th Floor, Tallahassee, FL 32301
- (Pensacola Division) 21 E. Garden St., Ste. 400, Pensacola, FL 32502

☐ The last four digits of the Applicant's Social Security Number or Tax Identification Number were not provided.

☐ A copy of the individual Applicant's photo identification was not provided, or was illegible.

☐ A copy of the officer of the corporate Applicant's photo identification and proof of employment was not provided, or was illegible.

☐ A notarized signature of the Applicant was not provided.

☐ Applicant's name, address and telephone number were not provided.

☐ No explanation/incorrect explanation of the right of the Applicant to the unclaimed funds was provided. The Applicant did not select a box on pg. 1 of the Application indicating how Applicant is entitled to the funds.

☐ The Applicant did not supply a notarized original Power of Attorney.

☐ The Corporate Applicant failed to provide a notarized corporate power of attorney signed by an officer of the company and a statement of the signing officer's authority.

☒ The Corporate Applicant has not provided current proof of the authorized representative's authority to pursue the unclaimed funds.

☐ The name of the entity claiming the unclaimed funds does not match the name of the original creditor as found on the proof of claim or Notice of Payment of Unclaimed Funds.

☐ The Applicant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

☐ The amount of funds requested does not match the amount held in the court registry.

☐ There are no funds on deposit in the name of the Applicant.

☒ ___Other [The photo ID has not been provided by the Claimant's authorized representative, Peter Singelakis.]

There may be other issues with the Application. The Court reserves jurisdiction to ensure any subsequent applications comply with the requirements to receive unclaimed funds.

DONE and ORDERED on January 25, 2019.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Copies to:
All parties in interest

Mariner Finance Florida, Inc.
Peter Singelakis, Vice President of Loss Mitigation
8211 Town Center Dr.
Baltimore, MD 21236