UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO. _13-40141-KKS_

_Bonnie Telfair_ _____ Debtor(s) /

2019 FEB -7 P 3:02    FILED

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

_Bonnie L. Telfair_ _____ ("Applicant")
applies to this Court for entry of an order directing the clerk to remit the sum of $ _2042_
due to _Bonnie Telfair & Lillie Telfair_ ("Claimant").

| # | Field | Value |
|---|---|---|
| 1. | Full legal name of Claimant (If Claimant is an individual, skip to) | Bonnie Lenard Telfair |
| 2. | Type of Entity (corporation, LLC, partnership) | |
| 3. | State of Incorporation/Organization | |
| 4. | Name and Title of Authorizing Officer or Representative | |
| 5. | Current Mailing Address | 118 Richard Jordan CT, Quincy FL |
| 6. | Telephone Number | 850-662-1539 |
| 7. | SS# (last 4 digits only) or EIN # | 8223 |
| 8. | Amount Being Claimed | 2042 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon:  *(check the applicable statement)*

- ☐ Applicant is the **original creditor** and owner of the funds as it appears on the records of this Court;
- ☐ Applicant is the **assignee** of the original creditor's claim to said funds, as evidenced in the attached documentation;
- ☐ Applicant is the original creditor's **successor in interest**, as evidenced in the attached documentation;
- ☐ Applicant is an **attorney or "funds locator"** named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Florida, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the: *(check the applicable statement)*
    - ☐ Original creditor and owner of the claim;
    - ☐ Original creditor's attorney with authorization to receive said funds;
    - ☐ Assignee of the original creditor's claim to said funds;
    - ☐ Successor in interest of the original creditor; or
    - ☐ Personal representative of the original creditor's estate.

## SIGNATURE BLOCK FOR AN ENTITY (*signature block for individual on previous page*)

Dated: 2/2/2019    Bonnie L. Telfair
                    Name of Applicant (entity)

By_____

Print Name: Bonnie L. Telfair

Title:_____

Street Address: 118 Richard Jordan CT.

City/State/Zip: Quincy, FL 32352

Telephone (*including area code*): (850) 662-1539

Sworn to and subscribed before me this 2 day of Feb, 2019, by Bonnie L. Telfair.

Personally Known ✓ OR Produced Identification _____

Type of Identification Produced _____

Hattie M. Zeigler    [SEAL]
Notary Public
In and for the State of Florida

My commission expires: April 2, 2021

HATTIE M. ZEIGLER
MY COMMISSION # GG 069655
EXPIRES: April 2, 2021
Bonded Thru Notary Public Underwriters

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds. The Application was completed and submitted in accordance with the Court's instructions for filing an application for payment of unclaimed funds.

In accordance with 28 U.S.C. § 2042, Applicant certifies that a copy of this Application (and all attachments) have been provided to the Office of the United States Attorney on __2/2/2019__ (date), at: *(check the applicable location)*

- ☐ (Gainesville, Tallahassee, and Panama City Divisions) 111 N. Adams St., 4th Floor, Tallahassee, FL 32301

- ☐ (Pensacola Division) 21 E. Garden St., Ste. 400, Pensacola, FL 32502

Therefore, Applicant requests the Court enter an order directing payment of unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

Under penalty of perjury, I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

**SIGNATURE BLOCK FOR AN INDIVIDUAL** *(signature block for an entity on next page)*

Dated: __2/2/2019__

Signature of Individual Applicant: _Ronnie L. Telfair_

Print Name: __Ronnie L. Telfair__

Street Address: __118 Richard Jordan Ct.__

City/State/Zip: __Quincy, FL 32352__

Telephone *(including area code)*: __850-662-1539__

Sworn to and subscribed before me this __4th__ day of __February__, 20__19__, by __Ronnie Telfair__.

Personally Known __✓__ OR Produced Identification _____

Type of Identification Produced _____

__Hattie M. Zeigler__

Notary Public

In and for the State of __Florida__

[SEAL]

My commission expires: __April 2, 2021__

HATTIE M. ZEIGLER
MY COMMISSION # GG 069655
EXPIRES: April 2, 2021
Bonded Thru Notary Public Underwriters

4. I [*or the business that I represent as claimant*] have neither previously received these funds nor contracted with any other party other than the person named in item one above to recover these funds.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 2/2/2019

_____
Signature of Claimant or duly authorized representative

Print Name: Ronnie Telfair

Title: _____

Sworn to and subscribed before me this 4th day of February, 2019, by Ronnie Telfair.

Personally Known ✓   OR Produced Identification _____

Type of Identification Produced _____

Hattie M. Zeigler
Notary Public
In and for the State of Florida

My commission expires: April 2, 2021

[SEAL]

HATTIE M. ZEIGLER
MY COMMISSION # GG 069655
EXPIRES: April 2, 2021
Bonded Thru Notary Public Underwriters

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: 13-40141-KKS                                         CASE NO.

Bonnie L. Telfair (Debtor(s) /

### AFFIDAVIT OF CLAIMANT

I, Bonnie Telfair, the undersigned claimant [or *duly authorized representative for the claimant as identified in paragraph (2)*], declare as follows:

1. I Bonnie Telfair [*Claimant or authorized representative of Claimant that has been granted a power of attorney to submit for claimant as indicated in the attached power of attorney*] am seeking payment of $ 2,042 held in the registry of the Court.

2. My name, position with company [*if applicable*], address and telephone number are as follows:
Bonnie Telfair
118 Richard Jordan Ct.
Quincy, Fl. 32352

3. Copies of all necessary documentation, including those which establish the chain of ownership of the original corporate creditor [*e.g. documents relating to a sale of company, purchase agreements and/or stipulation by prior and new owner as a right of ownership of funds*] and which substantiate claimant's right to the funds, are attached.